[DO NOT PUBLISH]

In the

# United States Court of Appeals

### For the Eleventh Circuit

_____

No. 21-11193

Non-Argument Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

*versus*

JASON DAVIS,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 8:19-cr-00103-SDM-JSS-1

_____

Before JORDAN, ROSENBAUM, and GRANT, Circuit Judges

PER CURIAM:

The Government's motion to dismiss this appeal pursuant to the appeal waiver in Appellant's plea agreement is GRANTED. *See United States v. Bushert*, 997 F.2d 1343, 1350–51 (11th Cir. 1993) (sentence appeal waiver will be enforced if it was made knowingly and voluntarily); *United States v. Weaver*, 275 F.3d 1320, 1333 (11th Cir. 2001) (sentence appeal waiver was enforceable when district court "referenced" waiver provision during plea colloquy and defendant confirmed he understood the waiver provision and entered into it voluntarily and freely); *United States v. Boyd*, 975 F.3d 1185, 1192 (11th Cir. 2020) (sentence appeal waiver was enforceable when district court clearly conveyed that defendant was giving up right to appeal under most circumstances and when defendant initialed and signed plea agreement and confirmed that he read and discussed plea agreement with his counsel and that he understood the terms).